FILED
2020 NOV 4 AM 10:40
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BODRERO, et al., ) | |
| ) | Civil No. 1:19-CV-0103-BSJ |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| HYDE PARK CITY, et al., ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \* \* \*

On October 29, 2020, Defendant Mike Grunig, by and through counsel of record, filed Defendant Mike Grunig's Objection to Order Granting Plaintiffs' Motion to Extend Time [ECF No. 67]. The objection is noted and is hereby DENIED. Counsel is entitled to call any matter to the Court by filing an appropriate motion.

SO ORDERED this 4th day of November, 2020.

BY THE COURT:

_____
Bruce S. Jenkins
United States Senior District Judge