FILED
2021 JAN 21 AM 10:32
CLERK
U.S. DISTRICT COURT

DAVID L. CHURCH *(of counsel)* #659
MATTHEW D. CHURCH #15574
**PLANT, CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
dchurch@bcjlaw.net–(801) 261-3407
mchurch@pckutah.com–(801) 363-7611
*Attorneys for Hyde Park City and Bret Randall*

## IN THE UNITED STATED DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JUSTIN BODRERO; and KOLBY CHRISTIANSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>HYDE PARK CITY; MIKE GRUNIG; and BRET RANDALL,<br><br>Defendants. | **ORDER ON MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 1:19-cv-00103-BSJ<br><br>Judge Bruce S. Jenkins |

On January 14, 2021 the Court heard oral arguments on Hyde Park City's Motion for Summary, Plaintiffs' Motion for Summary Judgment and Mike Grunig's Motion for Summary Judgment. After considering the arguments presented at the hearing and the memoranda of law presented in support and opposition thereto, this Court finds and orders as follows:

The Motion of Hyde Park City is granted in part and denied in part. All claims in the complaint brought against Hyde Park City under federal law, including the claims of denial of Due Process of Law are hereby dismissed with prejudice.

Having dismissed all federal claims this Court declines to exercise its pendent jurisdiction over the various state law claims found in the complaint.

This case is dismissed. All federal claims are dismissed with prejudice. All state law claims are dismissed without prejudice.

DATED this 21st day of January, 2021.

BY THE COURT:

Bruce S. Jenkins
United States District Judge

**APPROVED AS TO FORM:**

PLANT CHRISTENSEN & KANELL

/s/ Matthew D. Church
MATTHEW D. CHURCH
*Attorneys for Defendant Hyde Park City and Bret Randall*

BYINGTON & GOBLE, PLLC

/s/ Samuel A. Goble
*(approved via email)*
SAMUEL A. GOBLE
ERIN E. BYINGTON
*Attorneys for Plaintiffs*

SNOW, CHRISTENSEN & MARTINEAU

/s/ Camille N. Johnson
*(approved via email)*
Camille N. Johnson
Bradley R. Blackham
*Attorneys for Mike Grunig*